**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FIRST MUTUAL GROUP, LP,**

    **Plaintiff,**

**v.**                                                   **Case No: 6:14-cv-1761-Orl-31DAB**

**ERNEST KIRKLAND,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss or for More Definite Statement ("Motion") (Doc. 11) filed on March 18, 2015. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Over a month later, on April 29, 2015 Plaintiff responded in opposition without seeking leave of the Court. (Doc. 14). The Defendant moved for the response to be stricken, which was granted on May 4, 2015. (Doc. 17). The Plaintiff has not sought additional time from the Court to respond to the Motion and accordingly, it is unopposed.

In consideration of the foregoing, it appearing that the Motion is meritorious and unopposed, it is hereby **ORDERED** that the Motion (Doc. 11) is **GRANTED,** and the case is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party